**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14097-CIV-CANNON/Maynard**

**JAMES ROBERT MEADOWS,**

Plaintiff,

v.

**PB HOLDCO, LLC,**

Defendant.
_________________________________/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Magistrate Judge Maynard's Report and Recommendation on Defendant's Motion to Dismiss Plaintiff's Complaint [ECF No. 22 (Report); ECF No. 9 (Motion)], issued on August 18, 2026. Plaintiff's claims arise out of the purchase of an allegedly defective Vessel from Defendant at the Fort Lauderdale International Boat Show in October 2022 [ECF No. 1]. The Report recommends that five claims in Plaintiff's Complaint—Counts I (breach of written warranty and revocation of acceptance under the Maguson-Moss Warranty Act), II, III, V, and VI (breach of implied warranties of merchantability and fitness for a particular purpose under both federal and Florida law)—be dismissed without prejudice to permit Plaintiff an opportunity to attempt to fix several pleading deficiencies identified in the Report [ECF No. 22]. Objections to the Report were due on September 1, 2026 [ECF No. 22 pp. 12–13]. No party filed objections, and the time to do so has expired [ECF No. 22 pp. 12–13; *see also* ECF No. 24 (noting that neither party objects to the Report or Plaintiff's repleader of the claims identified by Magistrate Judge Maynard)]. Following review, the Report is **ACCEPTED**; Counts I (specifically, Plaintiff's revocation of acceptance theory), II, III, V, and VI are **DISMISSED**

**WITHOUT PREJUDICE**; and Plaintiff is given **one final opportunity** to replead his claims on or before **September 15, 2026**.

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

Following review, the Court finds the well-reasoned Report to contain no clear error of fact or law. Accordingly, for the reasons set forth in the Report [ECF No. 22 pp. 1–13], it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 22] is **ACCEPTED**.
2. The Motion [ECF No. 9] is **GRANTED IN PART AND DENIED IN PART** in accordance with the Report and Recommendation.
3. Counts I (only as to the revocation of acceptance theory), II, III, V, and VI of Plaintiff's Complaint [ECF No. 1-2] are **DISMISSED WITHOUT PREJUDICE**.
4. Plaintiff shall have **one final opportunity** to replead his claims, consistent with the Report, on or before **September 15**, **2026** [ECF No. 22].

5. Failure to file an Amended Complaint by the above deadline will result in an order directing Defendant to answer the remaining claims in Plaintiff's Complaint: Counts I (as to the remaining breach of written warranty theory) and IV.

**ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of September 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record